## Sceranko *v.* Borough of Rankin, Appellant.

Argued May 2, 1919.   Appeal, No. 139, April T., 1919, by defendant, from judgment of C. P. Allegheny Co., Oct. T., 1915, No. 1069, on verdict for the plaintiffs in case of Elizabeth Sceranko v. Borough of Rankin.   Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, WILLIAMS and KELLER, JJ.   Affirmed.

OPINION BY ORLADY, P. J., July 17, 1919 :

This action of trespass was tried with that of John Siwak and wife, against the same defendant, No. 138, April Term, 1919, and before the same jury. For the reasons given in that case in the opinion filed herewith, the judgment is affirmed.